UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA WILLIAMS | : | JURY DEMANDED |
| Plaintiff, | : | |
| v. | : | No.   18-722 |
| PINNACLE HEALTH FAMILY CARE MIDDLETOWN AND PINNACLE HEALTH MEDICAL SERVICES | : | |
| Defendants | : | |

## NOTICE OF APPEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Debra Williams, Plaintiff in the above captioned matter, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Order granting Defendants' Motion for Summary Judgment (Document No. 42) entering judgment against Plaintiff and in favor of Defendants dated and entered in this action by the District Court named above on August 4, 2020 (attached hereto as Exh. A).

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:   s/Graham F. Baird
 **GRAHAM F. BAIRD, ESQUIRE**
 Two Penn Center
 1500 JFK Boulevard,  Suite 1240
 Philadelphia, PA 19110

 Attorney for Appellant/Plaintiff, Debra Williams

Date: August 25, 2020

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA WILLIAMS | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 18-722-YKK |
| PINNACLE HEALTH FAMILY CARE MIDDLETOWN, ET AL | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

On August 25, 2020, the undersigned served the foregoing Notice of Appeal via ECF upon the following:

Richard C. Seneca, Esquire
PA Supreme Court I.D. No. 49807
Seneca Law
P.O. Box 333
Lewisberry, PA  17339-0333
rseneca@senecalaw.com
(717) 932-6000
Attorneys for Defendant

                                              **LAW OFFICES OF ERIC A. SHORE, P.C.**

                                              BY:     /s/Graham F. Baird_____
                                                   **GRAHAM F. BAIRD, ESQUIRE**
                                                   Attorney for Plaintiff, Debra Williams